Marvin C. Ruth (Nevada State Bar No. 10979)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, Arizona  85004
Telephone:  (602) 381-5462
Facsimile:  (602) 224-6020
mruth@cblawyers.com

*Attorneys for Defendant*
*Verizon Wireless Services, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cristine Wright,<br><br>          Plaintiff,<br><br>     v.<br><br>Verizon Wireless Services, LLC,<br><br>          Defendant. | Case No.:  2:23-cv-01448<br><br>**DEFENDANT VERIZON WIRELESS SERVICES, LLC'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Verizon Wireless Services, LLC states that it is a limited liability company, which is fully owned by Cellco Partnership d/b/a Verizon Wireless ("Cellco Partnership").

Cellco Partnership has three members:

(1) Bell Atlantic Mobile Systems LLC, which is wholly owned by MCI Communications Services Inc.;

(2) GTE Wireless LLC, which is wholly owned by Verizon Communications Inc.; and

(3) Verizon Americas Inc., which is wholly owned by Verizon Communications Inc.

Verizon Wireless Services, LLC further states that it is indirectly wholly owned by

Verizon Communications Inc., as are the other foregoing companies; no publicly held company owns ten percent or more of Verizon Communications Inc.

Dated: November 6, 2023.

**COPPERSMITH BROCKELMAN PLC**

By  */s/ Marvin C. Ruth*
     Marvin C. Ruth

*Attorneys for Defendant
Verizon Wireless Services, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 6, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

                                              *s/ Verna Colwell*