UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRISTINE WRIGHT,<br><br>　　　Plaintiff<br><br>v.<br><br>VERIZON WIRELESS SERVICES, LLC,<br><br>　　　Defendant | Case No.: 2:23-cv-01448-APG-DJA<br><br>**Order (1) Requiring Compliance with Local Rule, and (2) Denying Defendant's Motion to Appear Telephonically**<br><br>[ECF No. 27] |

　　　Marvin Ruth, counsel for Verizon Wireless Services, LLC requests permission to appear at the August 13, 2024 hearing telephonically. ECF No. 27.  Ruth is in violation of this court's Local Rule IA 11-1(b)(2), which requires attorneys admitted in Nevada but not maintaining a Nevada office to, among other things, associate a licensed Nevada attorney maintaining an office in Nevada or designate such an attorney for service of papers and process.  Ruth was required, upon his initial appearance in this case, to file a notice that (i) he did not maintain a Nevada office and (ii) identified his associated or designated local counsel. LR IA 11-1(b)(2).[1]  The court reminded Ruth of this obligation on November 6, 2023 but he has not cured his violation. ECF No. 12.

　　　I THEREFORE ORDER that Marvin Ruth must comply with Local Rule 11-1(b)(2) by August 19 2024.

　　　I FURTHER ORDER that Verizon's motion to appear telephonically (ECF No. 27) is denied.

　　　DATED this 7th day of August, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Ruth has apparently violated this rule in other cases in this district. *See, e.g.,* Case No. 2:24-cv-0053 and Case No. 2:17-cv-00368.