Marvin C. Ruth (Nevada State Bar No. 10979)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
Telephone: (602) 381-5462
Facsimile: (602) 224-6020
mruth@cblawyers.com

Daniel Kiefer (Nevada State Bar No. 12419)
**LEE KIEFER & PARK**
1140 N. Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Telephone: (702) 333-1711
kiefer@lkpfirm.com

*Attorneys for Defendant*
*Verizon Wireless Services, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Cristine Wright,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Verizon Wireless Services, LLC,<br><br>　　　　Defendant. | Case No.: 2:23-cv-01448-APG-DJA<br><br>**STIPULATION TO EXTEND BRIEFING ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

　　　　Defendant Verizon Wireless Services, LLC and Plaintiff Christine Wright hereby stipulate, and respectfully request, to extend by three weeks the briefing schedule for Plaintiff to file a Motion for Attorneys' Fees in relation to Defendant's Motion to Compel Arbitration. *See* ECF 32. The Court previously ordered the parties to submit a stipulation or motion regarding Plaintiff's fees and costs by September 3, 2024.

　　　　In order to allow the parties additional time to potentially negotiate a full and final resolution to this matter, including Plaintiff's fees and costs, the parties request that the Court extend the deadline to file the motion for fees by three weeks, from September 3,

2024, to and including **September 24, 2024**. The deadline for the Response would then be set fourteen days later (as originally ordered by the Court) on **October 8, 2024**, and the deadline for the Reply would follow seven days thereafter (as originally ordered by the Court) on **October 15, 2024**.

Respectfully submitted this August 30, 2024.

**COPPERSMITH BROCKELMAN PLC**

By: /s/ *Marvin C. Ruth*
    Marvin C. Ruth
    *Attorneys for Defendant*
    *Verizon Wireless Services, LLC*

**LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.**

BY:   /s/ *Craig Friedberg (w/permission)*
      Craig B. Friedberg, Esq.

Christopher E. Kittell, Esq.
(Pro Hac Vice)
The Kittell Law Firm
P.O. Box 568
283 Losher Street, Suite B
Hernando, MS 38632
(662) 298-3456
(855) 896-8772 (toll free fax)
ckittell@kittell-law.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED**

_____
DISTRICT COURT JUDGE
ANDREW P. GORDON

DATED: __September 3, 2024_____

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*s/ Verna Colwell*