Marvin C. Ruth (Nevada State Bar No. 10979)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, Arizona  85004
Telephone:  (602) 381-5462
Facsimile:  (602) 224-6020
mruth@cblawyers.com

Daniel Kiefer (Nevada State Bar No. 12419)
**LEE KIEFER & PARK**
1140 N. Town Center Drive, Suite 200
Las Vegas, Nevada  89144
Telephone:  (702) 333-1711
kiefer@lkpfirm.com

*Attorneys for Defendant*
*Verizon Wireless Services, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Cristine Wright, | Case No.: 2:23-cv-01448-APG-DJA |
| Plaintiff, | |
| v. | **SECOND STIPULATION TO EXTEND BRIEFING ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** |
| Verizon Wireless Services, LLC, | |
| Defendant. | **(Second Request)** |

Defendant Verizon Wireless Services, LLC and Plaintiff Christine Wright hereby stipulate, and respectfully request, a further 10-day extension for Plaintiff to file a Motion for Attorneys' Fees in relation to Defendant's Motion to Compel Arbitration. *See* ECF 32. The Court previously ordered the parties to submit a stipulation or motion regarding Plaintiff's fees and costs by September 3, 2024, which deadline was subsequently extended to September 24, 2024 at the request of the parties. *See* ECF 34.

The parties continue to discuss settlement and request the additional ten days to try and negotiate a full and final resolution to this matter, including Plaintiff's fees and costs.

The parties request that the Court extend the deadline to file the motion for fees to and including **October 4, 2024**. The deadline for the Response would then be set fourteen days later (as originally ordered by the Court) on **October 18, 2024**, and the deadline for the Reply would follow seven days thereafter (as originally ordered by the Court) on **November 1, 2024**.

Respectfully submitted this September 24, 2024.

**COPPERSMITH BROCKELMAN PLC**

By: */s/ Marvin C. Ruth*
　　Marvin C. Ruth
　　*Attorneys for Defendant*
　　*Verizon Wireless Services, LLC*

**LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.**

BY:　*/s/ Craig Friedberg (w/permission)*
　　Craig B. Friedberg, Esq.

　　Christopher E. Kittell, Esq.
　　(Pro Hac Vice)
　　The Kittell Law Firm
　　P.O. Box 568
　　283 Losher Street, Suite B
　　Hernando, MS 38632
　　(662) 298-3456
　　(855) 896-8772 (toll free fax)
　　ckittell@kittell-law.com

　　*Attorneys for Plaintiff*

**IT IS SO ORDERED**

_____
DISTRICT COURT JUDGE
ANDREW P. GORDON

DATED: September 25, 2024