1  CRAIG B. FRIEDBERG, ESQ.
   Nevada Bar No. 004606
2  Law Offices of Craig B. Friedberg, Esq.
   4760 South Pecos Rd., Ste 103
3  Las Vegas, Nevada 89121
   P: (702) 435-7968
4  attcbf@cox.net

5  CHRISTOPHER E. KITTELL, ESQ.
   The Kittell Law Firm
6  P.O. Box 568
   283 Losher Street, Suite B
7  Hernando, MS 38632
   (662) 298-3456
8  (855) 896-8772 (toll free fax)
   ckittell@kittell-law.com
9
   *Attorneys for Plaintiff*
10
                **UNITED STATES DISTRICT COURT**
11
                      **DISTRICT OF NEVADA**
12
   CRISTINE WRIGHT                    )
13                                    )  CASE NO.:  2:23-cv-01448-APG-DJA
            Plaintiff,                )
14                                    )  **STIPULATION OF**
   v.                                 )  **DISMISSAL**
15                                    )
   VERIZON WIRELESS SERVICES, LLC     )
16                                    )
            Defendant.                )
17

18      COMES NOW, Plaintiff Cristine Wright and Defendant Verizon Wireless Services,

19 LLC and hereby jointly stipulate, pursuant to Federal Rule of Civil Procedure 41, to a dismissal with

20 prejudice of Plaintiff's claims against Defendant Verizon Wireless Services, LLC.

21 Dated: October 31, 2024

22                          Respectfully Submitted,

23              BY:   */s/ Craig Friedberg*
                      Craig B. Friedberg, Esq.
24                    Law Offices of Craig B. Friedberg, Esq.
                      4760 South Pecos Road, Suite 103
25                    Las Vegas, NV 89121
                      (702) 435-7968
26                    attcbf@cox.net

27                    Christopher E. Kittell, Esq.
                      (Subject to Pro Hac Vice)
28                    The Kittell Law Firm

                              -1-

P.O. Box 568
283 Losher Street, Suite B
Hernando, MS 38632
(662) 298-3456
(855) 896-8772 (toll free fax)
ckittell@kittell-law.com

*Attorneys for Plaintiff*

BY:    */s/ Marvin C. Ruth*
Marvin C. Ruth
COPPERSMITH BROCKELMAN PLC
2800 N. Central Ave., Suite 1900
Phoenix, AZ 85004

*Attorney for Defendant*

APPROVED BY THE COURT

Date: November 1, 2024

U.S. DISTRICT COURT JUDGE

-2-